# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARA ASRATYAN,<br><br>Petitioner,<br><br>v.<br><br>Kristi NOEM, Secretary, U.S. Department of Homeland Security; Pamela BONDI, U.S. Attorney General; Todd LYONS, Acting Director, Immigration and Customs Enforcement; Daniel A. BRIGHTMAN, Director, San Diego Field Office, Immigration and Customs Enforcement, Enforcement and Removal Operations; Jeremy CASEY, Warden, Imperial Regional Detention Center; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; IMMIGRATION AND CUSTOMS ENFORCEMENT; and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Respondents. | Case No.:  26cv0414 DMS JLB<br><br>**ORDER GRANTING PETITION** |

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a return to the Petition, and Petitioner filed a traverse.

1

Petitioner is a native and citizen of Armenia and also a citizen of Russia. (Pet. at 2.) On August 30, 2024, he appeared for his CBP One appointment at the U.S.-Mexico border with his sister and his mother, where he requested asylum. (*Id.* at 10.) Petitioner's sister and mother were paroled, but Petitioner was detained at Imperial Regional Detention Facility and placed in removal proceedings under 8 U.S.C. § 1229a. (*Id.*)

After a hearing before an immigration judge ("IJ") on January 17, 2025, the IJ granted Petitioner's request for asylum. (*Id.*) The Department of Homeland Security ("DHS") appealed that decision to the Board of Immigration Appeals ("BIA"), which remanded the case to the IJ because the record was incomplete. (*Id.* at 10-11.) On remand, the IJ denied Petitioner's request for asylum, granted his request for withholding of removal to Armenia, and ordered Petitioner removed to Russia, or in the alternative, Armenia. (Return, Ex. C.) Petitioner appealed that decision to the BIA, and that appeal is pending.

On January 23, 2026, Petitioner filed the present case arguing that his detention, which has continued uninterrupted since August 30, 2024, violates his substantive and procedural due process rights under the Fifth Amendment. He seeks an order from this Court directing Respondents to either release him from custody or provide him with a bond hearing. Respondents contend the Court lacks jurisdiction over the Petition pursuant to 8 U.S.C. § 1252(g). They also assert Petitioner's detention is mandated by 8 U.S.C. § 1225(b)(2), and under that statute Petitioner effectively has no due process rights. To the extent Petitioner has any due process rights related to prolonged detention, Respondents claim his detention has not been unconstitutionally prolonged.

As Petitioner pointed out in his Traverse, the present case is similar to another case that came before this Court, *Dogan v. LaRose*, Case No. 25-cv-3525 DMS BJW. In that case, the petitioner was detained after crossing the border without inspection and then placed in removal proceedings. *Dogan*, ECF No. 7 at 1-2. After nearly a year in detention, the petitioner filed a habeas case asserting his continued detention violated his rights under the Fifth Amendment. The respondents offered arguments similar to those made here,

2

26cv0414 DMS JLB

which the Court rejected.  Instead, the Court granted the petition, finding the petitioner's continued detention violated his due process rights.  The reasoning of *Dogan* applies equally to the facts of this case, and the Court adopts that reasoning here to reach the same conclusion:  Petitioner's detention for nearly 18 months violates his due process rights under the Fifth Amendment.  To remedy that violation, Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration court within fourteen (14) days of this Order.  The parties are ordered to file a Joint Status Report within twenty-one (21) days of this Order's entry confirming Petitioner received a bond hearing.  In that Report, the parties shall also provide their respective positions on whether a further order on the Petition is necessary or if the case may be dismissed as moot.

**IT IS SO ORDERED**.

Dated:  February 18, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv0414 DMS JLB