# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Ara Asratyan

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-0414-DMS-JLB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

All litigation in this matter has concluded. This case is hereby closed.

**Date:** 9/21/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-0414-DMS-JLB

Respondents:

Kristi Noem, U.S. Department of Homeland Security;

Pamela Bondi, U.S. Attorney;

Todd Lyons, Acting Director, Immigration and Customs Enforcement

Daniel A. Brightman, Director, San Diego Field Office, Immigration and Customs Enforcement, Enforcement and Removal Operations;

Jeremy Casey, Warden, Imperial Regional Detention Center;

Executive Office for Immigration Review;

Immigration and Customs Enforcement;

U.S. Department of Homeland Security